**Dismissed and Opinion Filed August 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00405-CV

## WILLIAM BRYAN ADAMS AND BA ACQUISITIONS, LLC, Appellants
## V.
## STAXXRING, INC. AND MOLLY LANGFORD, Appellees

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-09-07879-D

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

The Court **REINSTATES** the appeal.

On January 17, 2012, we abated this appeal due to the filing of bankruptcy by appellees. In response to our July 7, 2015 letter inquiring about the status of the bankruptcy proceedings, appellants filed a letter stating the bankruptcy proceedings have been closed and that the parties reached a settlement agreement. Appellants state the appeal should be dismissed. We will treat the letter as a motion to dismiss the appeal. As such, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

110405F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM BRYAN ADAMS AND BA
ACQUISITIONS, LLC, Appellants

No. 05-11-00405-CV     V.

STAXXRING, INC. AND MOLLY
LANGFORD, Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-09-07879-D.
Opinion delivered by Justice Francis,
Justices Lang-Miers and Whitehill
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellees Staxxring, Inc. and Molly Langford recover their costs of this appeal from appellant William Bryan Adams and BA Acquisitions, LLC.

Judgment entered August 10, 2015.